**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JEREMY KENNEDY                                                                                                    PLAINTIFF
ADC #93061

v.                                              NO. 2:08CV00115 JLH/HDY

CHARLOTTE GREEN, *et al.*                                                                            DEFENDANTS

**ORDER**

On August 18, 2008, Plaintiff filed a motion to vacate an order entered by United States Magistrate Judge H. David Young which denied Plaintiff's motion for appointment of counsel (docket entry #17). Plaintiff seeks to reinstate his motion for appointment of counsel, asserting that Judge Young did not have the authority to deny the motion. However, 28 U.S.C. § 636(b)(1)(A) provides:

> Notwithstanding any provision of law to the contrary--
>
> (A) a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A). *See also* Local Rule 72.1.VII.A. Thus, contrary to Plaintiff's assertion, there was no impropriety in Judge Young ruling on the motion. Additionally, to the extent that Plaintiff seeks reconsideration of the ruling, the undersigned concludes that nothing in Judge Young's order is clearly erroneous or contrary to law. Accordingly, Plaintiff's motion to vacate (docket entry #17) is DENIED.

IT IS SO ORDERED this 21st day of August, 2008.

                                                  *J. Leon Holmes*
                                        UNITED STATES DISTRICT JUDGE