# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JEREMY KENNEDY                                                                                              PLAINTIFF
ADC #93061

v.                              NO: 2:08CV00115 JLH/HDY

CHARLOTTE GREEN, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Greg Harmon's motion for summary judgment (docket entry #11) is DENIED.

DATED this 12th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE