# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JEREMY KENNEDY
ADC #93061                                                                                                    PLAINTIFF

V.                                        NO: 2:08CV00115 JLH/HDY

CHARLOTTE GREEN *et al.*                                                                         DEFENDANTS

## ORDER

On October 17, 2008, Plaintiff filed a motion for copies (docket entry #45), and a motion to compel (docket entry #46).

Plaintiff's motion for copies seeks a copy of all exhibits attached to his complaint, and a copy of everything filed by counsel for Defendant Charlotte Green.  Plaintiff's motion will be granted with respect to the exhibits.  However, according to Court records of this case, counsel for Green has only filed a notice of appearance and an answer, and Plaintiff has been sent a copy of both by the Court.  If Plaintiff did not receive them, he may refile his motion at a later time.

Plaintiff's motion to compel seeks a copy of his medical records, which is essentially the same issue in the motion he filed on September 15, 2008, and which was directed to Defendant Greg Harmon (docket entry #38).  That motion was denied on October 15, 2008, after the Court concluded that Plaintiff's ability to review the records on request was sufficient (docket entry #43), and the Court sees no reason to revisit that decision at this time.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's motion for copies (docket entry #45) is GRANTED IN PART AND DENIED IN PART.  Plaintiff's motion is GRANTED with respect to his request for copies of the

exhibits attached to his complaint, and the Clerk is directed to forward to Plaintiff a copy of his complaint with attachments (docket entry #2). Plaintiff's motion is DENIED with respect to copies of all of the pleadings filed by Green's counsel.

    2.    Plaintiff's motion to compel (docket entry #46) is DENIED.

DATED this   20   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE