**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JEREMY KENNEDY
ADC #93061                                                                                              PLAINTIFF

V.                                            NO: 2:08CV00115 JLH/HDY

CHARLOTTE GREEN *et al.*                                                                 DEFENDANTS

### ORDER

     Plaintiff filed a motion to compel on December 9, 2008 (docket entry #64). On December 12, 2008, the Court entered an order denying Plaintiff's motion to compel on the basis that it was unsigned (docket entry #65). On December 29, 2008, the Court, having concluded after further review that Plaintiff's motion was in fact signed, granted Plaintiff's motion to vacate, and directed Defendants to respond to Plaintiff's motion to compel within 11 days (docket entry #68). More than 11 days has passed, and Defendants have not responded. According to the record, at this time the only remaining Defendant who has been served with the summons and complaint, and filed an answer, is Defendant Charlotte Green. Accordingly, Green is again directed to file her response to Plaintiff's motion to compel no later than 11 days after the entry of this order.

     IT IS SO ORDERED this   15   day of January, 2009.

                                                                  UNITED STATES MAGISTRATE JUDGE