**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JEREMY KENNEDY
ADC #93061                                                                                              PLAINTIFF

V.                                      NO: 2:08CV00115 JLH/HDY

CHARLOTTE GREEN *et al.*                                                                     DEFENDANTS

## ORDER

Plaintiff filed this complaint on June 9, 2008, and service was ordered.[1] On January 16, 2009, the summons was returned unexecuted as to Defendant Kundert (docket entry #76). Service had been attempted in the care of the Arkansas Department of Correction, but a note on the return indicates that Kundert is not employed there, and may be an employee of the prison's medical contractor. Accordingly, service on Kundert will be attempted in the care of counsel for the medical contractor.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant Kundert, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #63), this order, and summons, upon Kundert, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

DATED this __27__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 31, 2009, the Court granted Plaintiff's motion to amend, and to add three additional Defendants, including Kundert (docket entry #70).